UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
GENARO CARBAJAL, PROCULO SALGADO,　　　　　　　JUDGMENT
ANTONIO SALGADO, GODOFREDO SALGADO,　　　　　 15-CV- 4270 (RJD)
SERGIO GOMEZ, OVIDIO RAMIREZ and
ADALBERTO LARA, Individually
and on Behalf of All Others Similarly Situated,

　　　　　　　　　　　　Plaintiffs,

　　　　-against-

XOLLE LLC, YAAKOV "JACK" KITAY, and
MENACHEM ROTH, Jointly and Severally,

　　　　　　　　　　　　Defendants.
-------------------------------------------------------------X

　　　　Defendants Xolle LLC, and Menachem Roth having offered Plaintiffs Genaro Carbajal, Proculo Salgado, Antonio Salgado, Dodofredo Salgado, Sergio Gomez, Ovidio Ramirez and Adalberto Lara to take a judgment against them in the total amount of $100,000.00, inclusive of interest and liquidated damages as to the date of acceptance; this offer is inclusive of costs and reasonable attorney's fees, which shall be decided by the Court; this judgment fully satisfies and is in complete relief of all federal and state law claims or rights that Plaintiffs may have to damages; this judgment shall be entered by the District Court Clerk, for the United States District Court, Eastern District of New York; it is

　　　　ORDERED and ADJUDGED that judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiffs Genaro Carbajal, Proculo Salgado, Antonio Salgado, Godofredo Salgado, Sergio Gomez, Ovidio Ramirez and Adalberto Lara and against Defendants Xolle LLC, and Menachem Roth, in the amount of $100,000.00 inclusive of

**JUDGMENT** 15-CV-4270 (RJD)

interest and liquidated damages; and that this judgment fully satisfies and is in complete relief of all federal and state law claims or rights that Plaintiffs may have to damages.

| | |
|---|---|
| Dated: Brooklyn, New York<br>November 04, 2015 | Douglas C. Palmer<br>Clerk of Court |
| by: | */s/ Janet Hamilton*<br>Deputy Clerk |